

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     *Premium Valve Services, LLC v. Comstock Oil & Gas, Comstock Oil & Gas—Louisiana, LLC; and Certain Underwriters*

Appellate case number:   01-15-00108-CV

Trial court case number: 2009-65461

Trial court:             270th District Court of Harris County

Party filing motion:     Appellees

The en banc panel voted unanimously to deny appellees' motion for en banc reconsideration.

Judge's signature: /s/   Russell Lloyd
                        Acting for the Court

En Banc Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Brown, Huddle, and Lloyd.

J. Massengale, not participating.

Date:  December 1, 2016